PROB 12B
(REVISED 5/2011)

# United States District Court

for

## Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision
*(Probation Form 49 Waiver of Hearing on the Modification is attached)*

Name of Offender: John C. Shuford, Jr.                    Case Number:  3:13-00075-01

Name of Judicial Officer: The Honorable Dean Whipple, U. S. District Judge, Western District of Missouri;

transferred April 22, 2013, to The Honorable William J. Haynes, Jr., Chief U. S. District Judge

Date of Original Sentence: October 18, 2011

Original Offense: 18 U.S.C. § 1341 and 2, Mail Fraud

Original Sentence:  5 years' probation

Type of Supervision:  Probation                    Date Supervision Commenced: October 18, 2011

Assistant U.S. Attorney:  Sandra Moses              Defense Attorney:  To be assigned

---

## PETITIONING THE COURT

■ To modify the release conditions as follows:

The defendant shall participate in a mental health program as directed by the United States Probation Office. The defendant shall pay all or part of the cost for mental health treatment if the United States Probation Office determines the defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

THE COURT ORDERS:

☐ No Action

☐ The extension of supervision as noted above.

☐ The modification(s) as noted above.

☒ A modification hearing is scheduled for
_January 24_, 2014, at _9:00 a.m._

Considered this _7th_ day of _January_, 2014, and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    January 7, 2014

## CAUSE

According to his presentence report, in 2005, John Shuford was treated by a local hospital for depression. In 2008, he was treated by a psychologists for depression and suicidal thoughts. On January 9, 2012, Mr. Shuford appeared for a substance abuse assessment. He discussed his past and advised he was currently attending mental health treatment covered by his insurance. Centerstone did not recommend drug treatment but recommended that he continue to receive mental health treatment through his current provider.

On January 6, 2014, this officer received the offender's monthly report stating due to cut backs, he was no longer employed as of November 29, 2013. This officer requested a copy of his separation paper from the company since Mr. Shuford was obtaining unemployment benefits. Mr. Shuford advised he did not receive one but would get a letter from the company. Mr. Shuford called back and advised that he was not truthful, that he had quit his employment due to the fact he had a mental health break down around Thanksgiving 2013, had problem dealing with people, and had suicidal tendencies. Mr. Shuford sought treatment and states he has been to two different places, but currently has no insurance to pay for treatment. Mr. Shuford is in agreement to add the special condition so he can obtain treatment.

Mr. Shuford states he is currently prescribed two different types of psychotropic medications that appear to be helping. He has applied for TNCare but has not heard back. He has been encouraged to apply for a policy under the Affordable Care Act. Mr. Shuford is 2 months in arrears in his restitution but states he will be able to catch up with his unemployment checks.

It is recommended that a hearing be scheduled before the Court so the request for modification of release conditions may be addressed.

The U. S. Attorney's Office has been advised of the offender's situation and the probation officer's request for a modification hearing.

Approved: _____

W. Burton Putman
Supervisory U.S. Probation Officer